NUMBER 13-06-174-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: 
MILDRED MEL GREGORY, ANITA GAIL GREGORY SMITH, SHARON ANN GREGORY HICKS,
AND CARRIE GAY GREGORY

 

 

 

                    On Petition for Writ of Mandamus                

                     

 

 

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Rodriguez and Castillo

Per
Curiam Memorandum Opinion

 








Relators, Mildred Mel Gregory, Anita Gail Gregory
Smith, Sharon Ann Gregory Hicks, and Carrie Gay Gregory, filed a petition for
writ of mandamus in the above cause on April 17, 2006.  Having examined and fully considered the
petition for writ of mandamus, the Court is of the opinion that (1) Relators
have not shown themselves entitled to the relief sought and, thus, (2) the
petition must be denied.  See Tex. R. App. P. 52.8(a).  Accordingly, the petition for writ of
mandamus is DENIED.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
20th day of April 2006.